IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARTAVAS EVANS, )<br>        Plaintiff, )<br>)<br>v. )<br>) No. 2:26-cv-2027-SHL-cgc<br>WILLIAM MCCALL and MCGREGOR & )<br>SONS TRUCKING, INC., )<br>        Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendants William McCall and McGregor & Sons Trucking Inc.'s Notice of Removal (ECF No. 1), filed January 9, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 9), filed February 2, 2026, Plaintiff Martavas Evans's claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 2, 2026
Date